BRADFORD
*vs.*
ERWIN.

· BRADFORD *vs.* ERWIN.

APPEAL FROM THE COURT OF THE EIGHTH JUDICIAL DISTRICT, FOR THE
PARISH OF WASHINGTON, THE JUDGE OF THE DISTRICT PRESIDING.

Citations of appeal must issue from the court *à qua;* and an application
on the fourth day after the return day, for an extension of time to
cite in the appellee, comes too late.

The appeal, in this case, was granted the 25th of October,
1837, returnable the third Monday of January following.
The record was filed the 15th of January, being the return
day. There was no service of citation or petition of appeal
on the appellee, and no citation in the record.

*Penn,* for the plaintiff and appellant, suggested to the
court, *four days after filing the record,* the defect of service
of process on the appellee, and moved for an order of court
for a new citation and service; and also, for an extension of
time of the return of the appeal, in order to make due service
of citation and petition of appeal on the appellee.

*Hennen, contra,* on the same day, moved to dismiss the
appeal, for want of service of citation and the petition on the
appellee.

*Bullard, J.,* delivered the opinion of the court.

In this case, we think the motion to dismiss the appeal,
must prevail. There is no citation of appeal in the record,
and the appeal was made returnable on the third Monday of
January.

The appellant has moved for a new citation, or for an
extension of the time for bringing up the appeal. We think
all citations of appeal must issue from the court *à qua,* and
that the application for further time, comes too late.

*Citation of appeal must issue from the court à qua; and an application on the fourth day after the return day, for an extension of time to cite in the appellee, comes too late.*

It is ordered, that the appeal be dismissed.